| | |
|---|---|
| 1 | BRYAN WILSON (CA SBN 138842) |
|   | BWilson@mofo.com |
| 2 | KIMBERLY N. VAN VOORHIS (CA SBN 197486) |
|   | KVanVoorhis@mofo.com |
| 3 | CHRISTOPHER F. JEU (CA SBN 247865) |
|   | CJeu@mofo.com |
| 4 | BENJAMIN PETERSEN (CA SBN 267120) |
|   | BPetersen@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 6 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 7 | Facsimile: 650.494.0792 |
| 8 | Attorneys for Plaintiff |
|   | SONICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONICS, INC., a Delaware corporation, | Case No.    4:11-cv-05311 SBA |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SCHEDULED MEDIATION** |
| v. | |
| ARTERIS, INC., a Delaware corporation, | Date:    N/A |
| Defendant. | Time:    N/A |
| | Ctrm:    1 - 4th Floor |
| | Judge:    Saundra Brown Armstrong |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULED MEDIATION
Case No.:  4:11-cv-05311 SBA
pa-1525046

Pursuant to Northern District ADR Local Rule 6-5, Plaintiff Sonics, Inc. and Defendant Arteris, Inc., (collectively, "the Parties") through their respective attorneys, for reasons set forth in the accompanying Declaration of Bryan Wilson pursuant to Civil Local Rule 6-2(a), hereby stipulate as follows:

WHEREAS, on November 3, 2011, this action was assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.

WHEREAS, on January 27, 2012, the Court adopted the Parties' Stipulation to participate in Private ADR, and to hold the ADR session by the presumptive deadline of April 26, 2012.

WHEREAS, although this Court has not yet formally held a case management conference, the parties have worked diligently to move the case forward and have scheduled a mediation with Alexander Brainerd of JAMS for May 18, 2012.

IT IS HEREBY STIPULATED by and between the Parties that the time for conducting a mediation in this case shall be extended by an additional thirty (30) days to allow the scheduled mediation to take place on May 18, 2012, subject to the Court's approval.

Dated: _April 25, 2012          MORRISON & FOERSTER LLP


                                By:   /s/ Bryan Wilson
                                      BRYAN WILSON

                                      Attorneys for Plaintiff
                                      SONICS, INC.

Dated: April 25, 2012           DLA PIPER LLP (US)


                                By:   /s/ Mark Fowler
                                      MARK FOWLER

                                      Attorneys for Defendant
                                      ARTERIS, INC.

1
2    **DECLARATION OF CONSENT**
3        I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing
4    of this document has been obtained from the other signatories.
5
6    Dated:  April 25, 2012              /s/ Bryan Wilson
                                                                             Bryan Wilson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER ON STIPULATION REGARDING SCHEDULED MEDIATION**

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: __4/30/12

*Saundra B. Armstrong*
Honorable Saundra Brown Armstrong
Judge, United States District Court