1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KIMBERLY N. VAN VOORHIS (CA SBN 197486)
   KVanVoorhis@mofo.com
3  CHRISTOPHER F. JEU (CA SBN 247865)
   CJeu@mofo.com
4  BENJAMIN PETERSEN (CA SBN 267120)
   BPetersen@mofo.com
5  MORRISON & FOERSTER LLP
   755 Page Mill Road
6  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
7  Facsimile: 650.494.0792

8  Attorneys for Plaintiff
   SONICS, INC.
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

14  SONICS, INC., a Delaware corporation,      Case No.   4:11-cv-05311 SBA

15                   Plaintiff,                **STIPULATION AND ORDER
                                               REGARDING SCHEDULING OF
16       v.                                    CASE MANAGEMENT
                                               CONFERENCE**
17  ARTERIS, INC., a Delaware corporation,
                                               Date:    N/A
18                   Defendant.                Time:    N/A
                                               Ctrm:    1 - 4th Floor
19                                             Judge:   Saundra Brown Armstrong

20

21

22

23

24

25

26

27

28

Plaintiff, Sonics, Inc. and Defendant, Arteris, Inc. (the "Parties") hereby stipulate and respectfully request as follows:

WHEREAS, on November 1, 2011, Sonics filed a complaint against Arteris, Inc., alleging infringement of United States Patents Nos. 6,182,183; 7,266,786; 7,277,975; 6,961,834; 7,191,273; 6,816,814; and 7,299,155 (collectively, the "Sonics Patents-in-Suit").

WHEREAS, the Court had scheduled an initial Case Management Conference in this case for February 16, 2012, but it postponed that conference until March 14 in view of Sonics' pending Administrative Motion to Determine Whether Cases are Related.

WHEREAS, on March 14, 2012, at the time of the rescheduled Case Management Conference, the Court clerk asked the parties to submit a revised Case Management Conference Statement with a proposed schedule that included only dates through claim construction, indicating that a Case Management Conference addressing those proposed dates would follow on March 21, 2012.

WHEREAS, on March 21, 2012, the Court cancelled the rescheduled Case Management Conference due to a Court emergency.

WHEREAS, as of the date of this stipulation, the Court has not yet scheduled a Case Management Conference.

Based on the foregoing, the Parties hereby stipulate and request that a Case Management Conference be scheduled at the Court's earliest convenience, as such a conference will allow the parties to continue to move the case forward efficiently.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  May 4, 2012 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By:  /s/ Bryan Wilson |
| 5 | | BRYAN WILSON |
| 6 | | Attorneys for Plaintiff<br>SONICS, INC. |
| 7 | Dated:  May 4, 2012 | DLA PIPER LLP (US) |
| 8 | | |
| 9 | | By:  /s/ Mark Fowler |
| 10 | | MARK FOWLER |
| 11 | | Attorneys for Defendant<br>ARTERIS, INC. |

**DECLARATION OF CONSENT**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:  May 4, 2012                         /s/ Bryan Wilson
                                                            Bryan Wilson

## [PROPOSED] ORDER ON STIPULATION REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE

A Case Management Conference is scheduled for:  **May 30, 2012 at 3:15 p.m**.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated: _5/7/12_____

_____
Honorable Saundra Brown Armstrong
Judge, United States District Court