1   BRYAN WILSON (CA SBN 138842)          MARK D. FOWLER (BAR NO. 124235)
    BWilson@mofo.com                       Mark.fowler@dlapiper.com
2   KIMBERLY N. VAN VOORHIS (CA            CHANG KIM (Bar No. 273393)
    SBN 197486)                            Changu.kim@dlapiper.com
3   KVanVoorhis@mofo.com                   DLA PIPER LLP (US)
    CHRISTOPHER F. JEU (CA SBN 247865)     2000 University Avenue
4   CJeu@mofo.com                          East Palo Alto, CA  94303-2215
    ZAHRA HAYAT (CA SBN 262605)            Tel:  (650)833-2000
5   ZHayat@mofo.com                        Fax:  (650)833-2001
    MORRISON & FOERSTER LLP
6   755 Page Mill Road                     GERALD T. SEKIMURA (BAR NO. 96165)
    Palo Alto, California  94304-1018      Gerald.sekimura@dlapiper.com
7   Telephone: 650.813.5600                DLA PIPER LLP (US)
    Facsimile: 650.494.0792                555 Mission Street, Suite 2400
8                                          San Francisco, CA  94105
    Attorneys for Plaintiff                Tel:  (415)836-2500
9   SONICS, INC.                           Fax:  (415)836-2501

10                                         KEVIN C. HAMILTON
                                           kevin.hamilton@dlapiper.com
11                                         DLA PIPER LLP (US)
                                           401 B Street, Suite 1700
12                                         San Diego, CA  92101
                                           Tel:  (619)699-2700
13                                         Fax:  (619)699-2701

14                                         Attorneys for Defendant
                                           ARTERIS, INC.
15

16                   UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19

20   SONICS, INC., a Delaware corporation,          Case No.    4:11-cv-05311 SBA (LB)

21                  Plaintiff,                       ] **ORDER RE SCHEDULE FOR**
                                                     **CLAIM CONSTRUCTION**
22           v.

23   ARTERIS, INC., a Delaware corporation,

24                  Defendant.

25

26

27

28

Pursuant to the Court's instruction at the telephonic Joint Case Management Conference for the above-captioned case held on July 12, 2012, Plaintiff Sonics, Inc. ("Sonics") and Defendant Arteris, Inc. ("Arteris") submit this Proposed Order Re Schedule For Claim Construction.

| Event | Date |
|-------|------|
| Parties to Exchange Proposed Constructions | July 30, 2012 |
| Joint Claim Construction Pre-Hearing Statement | August 9, 2012 |
| Claim Construction Opening Brief | September 3, 2012 |
| Claim Construction Responsive Brief | September 17, 2012 |
| Claim Construction Reply Brief | September 24, 2012 |
| Claim Construction Hearing | January 9, 2013 at 10:00AM (estimated duration: 2 - 4 hours) |

Dated: July 13, 2012     DLA PIPER LLP (US)

By: /s/ Chang Kim
Mark D. Fowler
Gerald T. Sekimura
Kevin C. Hamilton
Chang Kim
Attorneys for Defendant
ARTERIS, INC.

Dated: July 13, 2012     MORRISON & FOERSTER LLP

By: /s/ Kimberly N. Van Voorhis
Bryan Wilson
Kimberly N. Van Voorhis
Christopher F. Jeu
Zahra Hayat
Attorneys for Plaintiff
SONICS, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Attestation of Concurrence**

I, KIMBERLY N. VAN VOORHIS, as the ECF user and filer of this document, attest that

concurrence in the filing of this document has been obtained from CHANG KIM .

Dated:   July 13, 2012

By: _/s/ Kimberly N. Van Voorhis____
Kimberly N. Van Voorhis

**[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**

The Parties' Proposed Order Re Schedule for Claim Construction is hereby GRANTED.

IT IS SO ORDERED.

Dated: ___7/17/12_____            _____
                                                HON. SAUNDRA B. ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE