UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONICS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARTERIS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No:  C 11-05311  SBA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Docket 32. |

　　　On April 24, 2012, Plaintiff Sonics, Inc. ("Plaintiff") filed a motion for leave to file a motion for reconsideration of this Court's determination that <u>Sonics, Inc. v. Arteris, Inc.</u>, C 11-05311-SBA is not related to <u>Arteris S.A.S. v. Sonics, Inc.</u>, C 12-00434-WHA under Civil Local Rule 3-12.  Dkt. 32.  Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS Plaintiff's motion.  The Court finds that Plaintiff has satisfied the standard under Civil Local Rule 7-9 for obtaining leave to file a motion for reconsideration.  Accordingly, the Court grants Plaintiff leave to file a motion for reconsideration in accordance with the Civil Local Rules.  This Order terminates Docket 32.

　　　IT IS SO ORDERED.

Dated:  8/1/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge