BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KIMBERLY N. VAN VOORHIS (CA SBN 197486)
KVanVoorhis@mofo.com
CHRISTOPHER F. JEU (CA SBN 247865)
CJeu@mofo.com
ZAHRA HAYAT (CA SBN 262605)
ZHayat@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
SONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONICS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>ARTERIS, INC., a Delaware corporation,<br><br>               Defendant. | Case No.   4:11-cv-05311 SBA-(LB)<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING OF CLAIM CONSTRUCTION REPLY BRIEF**<br><br>Date:   N.A.<br>Time:  N.A.<br>Ctrm:   1 - 4th Floor<br>Judge:  Saundra Brown Armstrong |

Plaintiff Sonics, Inc. ("Sonics") and Defendant Arteris, Inc. ("Arteris") (collectively, the "Parties") hereby stipulate and respectfully request as follows:

WHEREAS, on July 18, 2012, this Court entered an Order Re Schedule for Claim Construction ("Scheduling Order").

WHEREAS, pursuant to the Scheduling Order, Sonics filed its Claim Construction Opening Brief on September 4, 2012 (September 3, 2012 was a Court holiday).

WHEREAS, pursuant to the Scheduling Order, Arteris filed its Claim Construction Responsive Brief on September 17, 2012.

WHEREAS, pursuant to the Scheduling Order, Sonics' Claim Construction Reply Brief ("Reply Brief") is currently due on September 24, 2012.

WHEREAS, due to an unexpected personal emergency, Sonics will be unable to file a Reply Brief on September 24, 2012.

WHEREAS, in view of this emergency, the Parties have stipulated to an extension of the deadline to file a Reply Brief by one week, to October 1, 2012.

WHEREAS, the Parties believe that an extension will not affect the schedule for the Claim Construction Hearing, which is set for January 9, 2012.

Based on the foregoing, the Parties hereby stipulate and respectfully request that the deadline for Sonics' Claim Construction Reply Brief be extended from September 24, 2012 to October 1, 2012.

STIPULATION AND [PROP] ORDER RE SCHEDULING OF CLAIM CONSTRUCTION REPLY BRIEF
CASE NO.: 4:11-CV-05311 SBA-(LB)
pa-1552437

1

Dated:  September 20, 2012            MORRISON & FOERSTER LLP

                                       By:  /s/ Kimberly N. Van Voorhis
                                            KIMBERLY N. VAN VOORHIS

                                       Attorneys for Plaintiff
                                       SONICS, INC.

Dated:  September 20, 2012            DLA PIPER LLP (US)

                                       By:  /s/ Chang Kim
                                            CHANG KIM

                                       Attorneys for Defendant
                                       ARTERIS, INC.

## DECLARATION OF CONSENT

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:  September 20, 2012            /s/ Kimberly N. Van Voorhis
                                      Kimberly N. Van Voorhis

**ORDER ON STIPULATION REGARDING SCHEDULING OF CLAIM CONSTRUCTION REPLY BRIEF**

The Parties' request is hereby granted, and the deadline for Sonics' Claim Construction Reply Brief is extended to October 1, 2012.

IT IS SO ORDERED.

Dated: _9/21/12                                    _____
                                                   Honorable Saundra Brown Armstrong
                                                   Judge, United States District Court