UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONICS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARTERIS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No: C 11-05311 SBA<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION AND GRANTING MOTION TO RELATE CASES**<br><br>Docket 73 |

On April 24, 2012, Plaintiff Sonics, Inc. ("Plaintiff") filed a motion for leave to file a motion for reconsideration of this Court's determination that Arteris S.A.S. v. Sonics, Inc., C 12-00434-WHA is not related to Sonics, Inc. v. Arteris, Inc., C 11-05311-SBA under Civil Local Rule 3-12. Dkt. 32. On August 13, 2012, the Court granted Plaintiff leave to file a motion for reconsideration.[1] Dkt. 55. On November 5, 2012, Plaintiff filed a motion for reconsideration. Dkt. 73. On November 9, 2012, Defendant Arteris, Inc. filed a statement of non-opposition. Dkt. 74.

Having read and considered the papers filed in connection with this matter and being fully informed, the Court hereby GRANTS Plaintiff's motion for reconsideration. The Court finds that Plaintiff has demonstrated that reconsideration is appropriate on the ground that new facts emerged after the Court determined that Arteris S.A.S. v. Sonics, Inc., C 12-

---

[1] To the extent Plaintiff's motion for reconsideration requests that the Court consolidate the two cases, Plaintiff's request is DENIED without prejudice. The Court granted Plaintiff leave to file a motion for reconsideration of the Court's prior related case Order. Because that Order did not involve a determination of whether consolidation is appropriate, the Court finds that the issue of consolidation is not properly before the Court. If Plaintiff believes that consolidation is appropriate, Plaintiff may file a duly noticed motion pursuant to Rule 42 of the Federal Rules of Civil Procedure.

00434-WHA is not related to Sonics, Inc. v. Arteris, Inc., C 11-05311-SBA. Upon reconsideration of Plaintiff's motion to relate cases, the Court finds that Arteris S.A.S. v. Sonics, Inc., C 12-00434-WHA is related to Sonics, Inc. v. Arteris, Inc., C 11-05311-SBA within the meaning of Civil Local Rule 3-12. Therefore, Arteris S.A.S. v. Sonics, Inc., C 12-00434-WHA shall be assigned to the undersigned.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for reconsideration is GRANTED.

2. Plaintiff's motion to relate Arteris S.A.S. v. Sonics, Inc., C 12-00434-WHA with the instant case is GRANTED. Counsel are advised that all future filings in the reassigned case shall bear the initials SBA immediately after the case number.

3. A Case Management Conference is scheduled for **December 13, 2012 at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing the joint statement no less than seven (7) days prior to the conference date. The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated: 11/21/12

                                       *Saundra B. Armstrong*
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge