BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for SONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONICS, INC.<br><br>             Plaintiff,<br><br>        v.<br><br>ARTERIS, INC., *et al.*,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 4:11-CV-05311-SBA<br><br>**MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND ORDER**<br><br>Ctrm:  1, 4th Floor<br>Judge:  Sandra Brown Armstrong |

Christopher F. Jeu of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304, respectfully requests that he be permitted to withdraw as counsel for SONICS, INC.  All pleadings, orders, and other papers should continue to be served on Bryan Wilson, the counsel of record at Morrison & Foerster LLP.  The Court and counsel for ARTERIS are respectfully requested to remove Christopher F. Jeu from the service list for this action.

1 | Dated: April 4, 2014

BRYAN WILSON
MORRISON & FOERSTER LLP

By: _/s/ Bryan Wilson_
      Bryan Wilson

Attorneys for Plaintiff
SONICS, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: 4/7/2014

*Saundra B Armstrong*

HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

MOTION FOR WITHDRAWAL OF CERTAIN COUNSEL AND [PROPOSED] ORDER
Case No. 4:11-cv-05311-SBA
pa-1636960

2