UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ARTERIS, INC., a Delaware corporation,<br><br>    Defendant.<br><hr>AND RELATED COUNTERCLAIM. | Case No: C 11-05311 SBA<br><br>**ORDER REOPENING CASE** |

      Pursuant to the Court's order dated February 8, 2013 ("Order"), the instant patent infringement action has been stayed pending final exhaustion of all reexamination proceedings. Dkt. 78. On August 8, 2018, the parties filed a Joint Letter stating that all reexamination proceedings have concluded and all appeals have been exhausted. Dkt. 98. Sonics, Inc. ("Sonics") requests that the action be reopened. Id. Arteris, Inc. ("Arteris") "does not join in this request" for the reasons explained in the concurrently filed joint status report. Id. In the parties' Joint Status Report ("Report"), Arteris essentially argues that the request to reopen is untimely. Dkt. 97.

      The Court's order staying the action directed as follows:

> Upon final exhaustion of all pending reexamination proceedings, including any appeals, the parties shall jointly submit to the Court, within two weeks, a letter indicating that all appeals have been exhausted, and requesting that this action be reopened and a case management conference be scheduled.

Order at 7. The last reexamination certificate issued March 27, 2018. Report at 2. The joint letter required by the Order was therefore due by April 10, 2018. Id. According to

Arteris, "Sonics did nothing to reopen this case," but instead, "sat idle for over four months[.]" Id. at 2-3. Arteris therefore asserts that Sonics failed to comply with this Court's Order. Although not expressly stated, Arteris appears to take the position that the action should remain closed indefinitely.

As noted by Sonics, Arteris fails to make a showing of prejudice due to the four-month delay in filing the request to reopen the action. Moreover, the Court notes that its Order required the "parties" to "jointly submit" the requisite notice to the Court. If sanctions are warranted for the failure to timely file said notice, Arteris fails to explain why those sanctions should be imposed against Sonics only. Nor does Arteris attempt to justify what is, in effect, a terminating sanction. Accordingly,

IT IS HEREBY ORDERED THAT the instant action be REOPENED and restored to the Court's active civil docket. The stay entered on February 8, 2013, is VACATED. The parties shall appear for a telephonic Case Management Conference on September 27, 2018, at 2:45 p.m. At least seven (7) calendar days prior to the conference, the parties shall meet and confer and file a Joint Case Management Conference Statement in accordance with Civil Local Rule 16-9. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 879-3550 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 08/27/2018

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge